|  |  |
|---|---|
| Vihay Singh,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>Katrina S. Kane, named as Katrina Kane,<br>ICE, Dept. of Homeland Security,<br><br>　　　　　Respondent. | No. CV-10-00879 PHX-NVW (DKD)<br><br>**ORDER** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Duncan (Doc. 14) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at ** (citing 28 U.S.C. § 636(b)). Petitioner filed objections on September 29, 2010 (Doc. 15).

The Court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. §

636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Doc. 14) is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) with prejudice. The Clerk shall terminate this action.

DATED this 30th day of September, 2010.

*Neil V. Wake*
Neil V. Wake
United States District Judge